IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSE MIGUEL HILARIO,

    Petitioner,

v.                                            5:13cv266-WS

WARDEN, FCI MARIANNA,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed August 5, 2013. See Doc. 3. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as frivolous. The petitioner has filed objections (docs. 5, 6) to the report and recommendation.

Having carefully considered the report and recommendation in light of the petitioner's objections, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's "Motion for Leave for Permission by Affidavit Pursuant to Title 28 U.S.C. § 2246" (doc. 5) is GRANTED. The document has been filed and reviewed.

3. The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED as frivolous.

4. The clerk is directed to enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this ___30th___ day of ____September____, 2013.


    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE